IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RACHEL PORTER**                                                                                          **PLAINTIFF**

VS.                                          No. 3:25-cv-00070 BSM/PSH

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                      **DEFENDANT**

### ORDER

The application to proceed *in forma pauperis* is granted. (Doc. No. 1). The applicant may proceed without prepayment of fees and costs or the necessity of giving security therefor.

IT IS SO ORDERED this 21st day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE