# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RACHEL ALEXIS PORTER**                                                      **PLAINTIFF**

VS.                    No. 3:25-cv-00070 BSM/PSH

**COMMISSIONER,**
    **Social Security Administration**                                    **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Defendant Commissioner of Social Security ("Commissioner"), in his unopposed motion for voluntary remand (docket entry no. 8) requests this case be

reversed and remanded for further administrative proceedings. For good cause, the Court recommends that the unopposed motion to reverse and remand be granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

    IT IS SO ORDERED this 4th day of August, 2025.

                                                                                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE