IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RACHEL PORTER**                                                                                           **PLAINTIFF**

v.                                                **CASE NO. 3:25-CV-00070-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                                              **DEFENDANT**

## ORDER

Magistrate Judge Patricia S. Harris's proposed findings and recommendations [Doc. No. 9] is adopted, defendant's motion to remand [Doc. No. 8] is granted, and this case is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).

IT IS SO ORDERED this 21st day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE