## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RACHEL PORTER**                                                         **PLAINTIFF**

**v.**                          **CASE NO. 3:25-CV-00070-BSM**

**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**
*Commissioner*

### ORDER

Rachel Porter's motion for authorization of attorney fees [Doc. No. 14] is granted.

Bryan Konoski, Esq. is awarded $24,843 which is reasonable pursuant to 42 U.S.C. section

406(b). *Jones v. Berryhill*, 699 F. App'x 587, 588 (8th Cir. 2017) (reasonableness

considerations include the fee agreement, the character of the representation and results

achieved, whether counsel was responsible for delay, and whether the benefits achieved were

large in comparison to the time expended by counsel).  This award is offset by $8000 which

accounts for the previously awarded EAJA fees.  *See* Doc. No. 13.  The Social Security

Administration is directed to issue payment in the amount of $16,843 to Konoski.

IT IS SO ORDERED THIS 14th day of May, 2026.


UNITED STATES DISTRICT JUDGE