IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RACHEL PORTER                                                          PLAINTIFF

v.                              CASE NO. 3:25-CV-00070-BSM

SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT
*Commissioner*

### AMENDED ORDER

Rachel Porter's motion to amend [Doc. No. 17] is granted. Bryan Konoski, Esq. is

awarded $24,843 which is reasonable pursuant to 42 U.S.C. section 406(b). *Jones v.*

*Berryhill*, 699 F. App'x 587, 588 (8th Cir. 2017) (reasonableness considerations include the

fee agreement, the character of the representation and results achieved, whether counsel was

responsible for delay, and whether the benefits achieved were large in comparison to the time

expended by counsel). This award is offset by $15,000 which accounts for the previously

awarded EAJA fees. *See* Doc. No. 13. The Social Security Administration is directed to

issue payment in the amount of $9,843 to Konoski.

IT IS SO ORDERED THIS 4th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE